G. Thomas Martin, III, Esq.  (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
MAX RAZEGHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX RAZEGHI, | Case No.: 12- cv-00734-CJC-JPR |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |
| vs. | |
| NORTHSTAR LOCATION SERVICES, LLC; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff, MAX RAZEGHI, by counsel, and Defendant NORTHSTAR LOCATION SERVICES, LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against NORTHSTAR LOCATION SERVICES, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

Respectfully submitted,

Date: <u>August 24, 2012</u>     By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III, Esq.
Price Law Group
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: 818-907-2030
Fax: 818-205-2730
Email: tom@plglawfirm.com

*Attorneys for Plaintiff*

Date: <u>August 24, 2012</u>     By: <u>/s/ Gary J. Lorch</u>
Gary Lorch, J. Esq.
GORDON & REES, LLP
633 West Fifth Street, 52nd Fl
Los Angeles, CA 90071

Telephone: 213-576-5000
Email: glorch@gordonrees.com

*Attorneys for Defendant*

STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT