G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
MAX RAZEGHI

```
Priority   ___
Send       ___
Enter      ___
Closed     ___
JS-5/(JS-6)  X
JS-2/JS-3  ___
Scan Only  ___
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX RAZEGHI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 12-cv-00734-CJC(JPRx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff MAX RAZEGHI against Defendant NORTHSTAR LOCATION SERVICES, LLC are dismissed, with prejudice. Plaintiff MAX RAZEGHI and Defendant NORTHSTAR LOCATION SERVICES, LLC shall each bear their own costs and attorneys' fees.

Date: 9/13/12                                 _____

JUDGE, United States District Court,

Central District of California

DISTRIBUTION TO:

| G. Thomas Martin, III, Esq. | Gary J. Lorch, Esq. |
| tom@plglawfirm.com | glorch@gordonrees.com |

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE